UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| WILLIAM JAMES BRADLEY, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 1:20-cv-34-HSM-SKL |
| v. ) | |
| ) | |
| STATE OF TENNESSEE, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

## ORDER

On March 24, 2020, United States Magistrate Judge Susan K. Lee filed a Report and Recommendation [Doc. 9] pursuant to 28 U.S.C. § 636 and the Rules of this Court, recommending the Complaint be dismissed. The Magistrate Judge had previously entered an Order identifying deficiencies in Plaintiff's application to proceed *in forma pauperis* and requiring him to either pay the filing fee or cure the identified deficiencies within 30 days. [*Id.*]. The Order also expressly warned that "[a]ny failure to pay the filing fee or submit the requested information within 30 days of the entry of this Order will result in the denial of Plaintiff's motion and/ or dismissal of his claim." [*Id.*]. Though the Order was returned as undeliverable, the Clerk's office provided a copy to Plaintiff in person on February 12, 2020. [Doc. 8]. Well over 30 days after receiving a copy of the Order, Plaintiff still had not filed anything in response.

Accordingly, Magistrate Judge Lee entered her Report and Recommendation on March 24, 2020, advising Plaintiff that he had 14 days to object thereto and that failure to do so would waive any right to appeal. [Doc. 9 at 2 n.2]; *see* Fed. R. Civ. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) ("It does not appear that Congress intended to require district court review of a magistrate judge's factual or legal

conclusions, under a de novo or any other standard, when neither party objects to those findings."). Plaintiff did not object to the Report and Recommendation.

Despite the lack of objection, the Court has reviewed the Report and Recommendation, as well as the record, and agrees with Magistrate Judge Lee's well-reasoned conclusions. The Court **ACCEPTS** and **ADOPTS** Magistrate Judge Lee's findings of fact and conclusions of law as set forth in the Report and Recommendation [Doc. 9]. The Motion to Proceed In Forma Pauperis [Doc. 1] is **DENIED** and Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and failure to comply with Orders of the Court. The Clerk is directed to close the case.

**SO ORDERED** this 30th day of April, 2020.

>  */s/ Harry S. Mattice, Jr.*
> HARRY S. MATTICE, JR.
> UNITED STATES DISTRICT JUDGE